**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 19-12227
_____

SMILEDIRECTCLUB, LLC,

Plaintiff-Appellee,


versus


TANJA D. BATTLE,
in her official capacity as Executive Director of the
Georgia Board of Dentistry, et al.,

Defendants-Appellants.


_____

On Appeal from the United States District Court
for the Northern District of Florida
_____


Before WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

A judge of this Court having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor, the Court sua sponte ORDERS that this case will be reheard en banc. The panel's opinion is VACATED.